**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | NO. CV 12-04960 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: May 15, 2013

                                                  /S/
                                       _____
                                       SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE